TRAUTWEIN et al. v. COMMUNITY REDEVEL-
OPMENT AGENCY OF LOS ANGELES.

No. 416. Decided November 9, 1964.*

*Frank Wickhem* for appellants in No. 416.

Appellants *pro se* in No. 426.

*Henry O. Duque* for appellee in both cases.

*Austin Clapp* for John Swigart et al., as *amici curiae,* in support of appellants in No. 426.

PER CURIAM.

The motion of John Swigart et al., for leave to file a brief as *amici curiae* in No. 426 is granted. The motions to dismiss are granted and the appeals are dismissed for want of jurisdiction. Treating the papers whereon the appeals were taken as petitions for writs of certiorari, certiorari is denied.

DENMAN et ux. v. WHITE, SECRETARY OF
STATE OF MASSACHUSETTS, et al.

No. 379, Misc. Decided November 9, 1964.

PER CURIAM.

The appeal is dismissed.

---

*Together with No. 426, *Goldman et ux.* v. *Community Redevelopment Agency of Los Angeles,* also on appeal from the same court.